1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
H. PAUL EFSTRATIS, SB# 242373
2     E-Mail: Paul.Efstratis@lewisbrisbois.com
TAYLOR F. SULLIVAN, SB# 297014
3     E-Mail: Taylor.Sullivan@lewisbrisbois.com
333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant FORD MOTOR
COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 TONY CLARK and PAMELA ELY, | Case No. |
| 12 | |
| 13 Plaintiffs, | **DECLARATION OF H. PAUL EFSTRATIS IN SUPPORT OF NOTICE OF REMOVAL** |
| 14 vs. | |
| 15 FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive, | |
| 16 | Trial Date:         None Set |
| 17 Defendant. | |

18

19            **DECLARATION OF H. PAUL EFSTRATIS, ESQ.**

20        I, H. Paul Efstratis, declare as follows:

21        1.     I am an attorney duly licensed to practice law before all courts of the

22  State of California and the United States District Court for the Central District of

23  California, and am a partner with Lewis Brisbois Bisgaard & Smith, LLP, attorneys

24  for Defendant Ford Motor Company ("Ford"). I am a member in good standing with

25  the State Bar of California. I have personal knowledge of the following facts, except

26  for those based on information and belief, which I believe to be true, and if called

27  upon to testify, I could and would competently testify to their truth and accuracy.

28        2.     This declaration is submitted in support of Ford Motor Company's

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C.§ 1332, 1441 and 1446.

3.    In executing this declaration, I do not intend, and Ford has not authorized me, to waive any protections or privileges Ford may have as to proprietary, trade secret, and/or confidential information, or to waive Ford's attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4.    I have extensive experience litigating consumer, class action, and/or automotive breach of warranty lawsuits throughout California in both state and federal courts. Towards that end, I am lead counsel on a significant number of litigation-related matters on behalf of Ford. I have also represented Ford in cases involving claimed violations of the Song-Beverly Act, including those involving allegations of fraud, and violations of the Consumer Legal Remedy Act involving claims for punitive damages. Specifically, I have represented Ford in numerous such lawsuits (*i.e.* for violations of the Song-Beverly Act, fraud, CLRA and punitive damages, either in whole or in part of such claims).

5.    The Song-Beverly Act allows for the recovery of attorney's fees and costs to the prevailing party pursuant to California Civil Code section 1794(d). In my experience litigating such cases, it is not uncommon, and in fact quite regular, for attorney's fee and cost awards (or resolutions through informal discussions with opposing counsel) to exceed $100,000 when a case is litigated up to or through trial. In sum, the attorney fee and cost payments tendered (or for judgments entered) to the consumer's counsel routinely adds significant financial exposure to an automotive manufacturer and is a recoverable element of damages in lawsuits involving the Song-Beverly Act and Magnusson Moss Act.

6.    The instant Complaint also seeks civil penalty pursuant to the Song-Beverly Act in an amount not to exceed two times the cost of the vehicle. This

DECLARATION OF H. PAUL EFSTRATIS IN SUPPORT OF NOTICE OF REMOVAL

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    multiple, if proven, triples the exposure that is based on the value paid by the Plaintiff

2    for the vehicle.

3         I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct and if called as a witness I could and

5    would so testify.

6         This Declaration is dated May 6, 2022, in San Francisco, California.

7

8                                              /s/ H. Paul Efstratis

9                                              H. Paul Efstratis, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4871-8672-7710.1                          3                                    Case No.

DECLARATION OF H. PAUL EFSTRATIS IN SUPPORT OF NOTICE OF REMOVAL

**FEDERAL COURT PROOF OF SERVICE**
Clark v. Ford Motor Company
Case No. 22STCV11319

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 6, 2022, I served the following document(s):

**DECLARATION OF H. PAUL EFSTRATIS IN SUPPORT OF NOTICE OF REMOVAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Armando Lopez                         Telephone:  (310) 552-2250
Knight Law Group, LLP                 Fax:  (310) 552-7973
10250 Constellation Blvd., Suite 2500 Email:  emailservice@knightlaw.com
Los Angeles, CA 90067                 armandol@knightlaw.com
**Attorney for Plaintiff**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 6, 2022, at San Francisco, California.

_____
Charmaine Villavert

4871-8672-7710.1                         1                         Case No.
DECLARATION OF H. PAUL EFSTRATIS IN SUPPORT OF NOTICE OF REMOVAL

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW