**KNIGHT LAW GROUP LLP**
Kamau Edwards (SBN 230826)
kamaue@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
Phil A Thomas (SBN 248517)
philt@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
TONY CLARK and PAMELA ELY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TONY CLARK and PAMELA ELY,**<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware corporation; Does 1 through 10, inclusive**<br><br>Defendants. | **Case No.: 2:22-cv-03069-SVW-GJS**<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. 22STCV11319)<br><br>**DECLARATION OF PHIL A THOMAS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**<br><br>*Assigned for All Purposes to the Honorable* **Stephen V. Wilson**<br><br>**Date: July 11, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 10A**<br><br>Action Filed: April 1, 2022 |

---

-1-

DECLARATION OF PHIL A THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND

I, Phil A Thomas, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California. I am an attorney at Knight Law Group, LLP, and counsel of record for Plaintiffs Tony Clark and Pamela Ely ("Plaintiffs") in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and could testify competently if called upon to do so.

3. On May 20, 2022, I met and conferred with Defendant's counsel by email and phone regarding remanding the case to state court in light of FCA's failure to meet its burden that the amount in controversy had been met to establish diversity jurisdiction. However, we were unable to reach a resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 31, 2022 in Oakland, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Phil A Thomas*
　　　　　　　　　　　　　　　　　　　　Phil A Thomas

DECLARATION OF PHIL A THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND