1
2
3
4
5
6
7    **UNITED STATES DISTRICT COURT**
8    **CENTRAL DISTRICT OF CALIFORNIA**
9

| TONY CLARK and PAMELA ELY,<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,**<br><br>Defendants. | **Case No.: 2:22-cv-03069-SVW-GJS**<br><br>Removed from Superior Court of California, County of Los Angeles, Case No. 22STCV11319)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**<br><br>*Assigned for All Purposes to the Honorable* **Stephen V. Wilson**<br><br>**Date: July 11, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 10A**<br><br>Action Filed: April 1, 2022 |
|---|---|

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

A hearing on Plaintiffs Tony Clark and Pamela Ely's ("Plaintiffs") Motion for Remand to Superior Court of California was heard on July 11, 2022 at 1:30 p.m., in the United States District Court for the Central District of California, Courtroom 10A, 10th Floor, before the Honorable Stephen V. Wilson. The Court is located at the First Street United States Courthouse, 350 W. First St., Los Angeles, California 90012.

The evidence presented having been fully considered, and the issues having been heard and a decision having been duly rendered, IT IS HEREBY ORDERED:

This matter is remanded to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Dated: _____

JUDGE OF THE
UNITED STATES DISTRICT COURT

**Prepared By:**

**KNIGHT LAW GROUP LLP**
Kamau Edwards (SBN 230826)
kamaue@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
Phil A Thomas (SBN 248517)
philt@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
TONY CLARK and PAMELA ELY