**LEWIS BRISBOIS BISGAARD & SMITH LLP**
H. PAUL EFSTRATIS, SB# 242373
  E-Mail: Paul.Efstratis@lewisbrisbois.com
TAYLOR F. SULLIVAN, SB# 297014
  E-Mail: Taylor.Sullivan@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant FORD MOTOR
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CLARK and PAMELA ELY,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendant. | Case No. 2:22-cv-03069-SVW-GJS<br><br>**DECLARATION OF TAYLOR F. SULLIVAN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**<br><br>[Filed concurrently with Opposition to Plaintiffs' Motion to Remand to State Court]<br><br>Date: July 11, 2022<br>Time: 1:30p.m.<br>Courtroom: 10A<br><br>Action Filed: April 1, 2022<br>Trial Date: Not Set |

## DECLARATION OF TAYLOR F. SULLIVAN

I, Taylor F. Sullivan, declare as follows:

1.      I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for DEFENDANT FORD MOTOR COMPANY herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would

1    competently testify thereto.

2        2.    Plaintiffs served their Complaint on Ford on April 6, 2022.

3        3.    The Manufacturer's Vehicle Invoice for the subject vehicle indicates the

4    original suggested retail price is $48,695.00 Attached as **Exhibit 1** is a true and correct

5    copy of the invoice for the Subject Vehicle.

6        4.    Attached hereto as **Exhibit 2** is the Standard Claims List available from

7    Ford's Analytical Warranty System.

8        5.    I performed the calculations to determine the potential damages to be

9    awarded to Plaintiffs if they prevailed on their Song-Beverly Act claims. Pursuant to

10   the statutory method of calculation above, I calculated Plaintiffs' potential damages

11   on their Song-Beverly claims using figures presented in the Subject Vehicle's

12   Manufacturer's Invoice detailing the suggested retail price.

13       6.    Ford is aware that the subject vehicle was presented for its first warranty

14   repair by Plaintiffs at 530 miles.  If the trier of fact were to calculate the mileage offset

15   based on 530 miles, based on the suggested price from the Manufacturer's Vehicle

16   Invoice, the mileage off-set would be $215.06 resulting in a buyback amount of

17   $48,479.94 plus a potential civil penalty of no more than $96,959.88 for a total

18   amount in controversy of $145,439.82.

19       7.    Attached hereto as **Exhibit 3** is a true and correct copy of the verdict

20   form in *Zomorodian v BMW of North America, LLC,* No. CV 17-5061-DMG.

21       8.    Attached hereto as **Exhibit 4** is a true and correct copy of the verdict

22   form in *Aspinall v. Kia Motors America, Inc,* San Diego County Sup. Ct., No. 37-

23   2015-00002577-CU-BC-CTL.

24       9.    Attached hereto as **Exhibit 5** is a true and correct copy of the verdict

25   form in *Harris v. Hyundai Motor America,* San Diego County Sup. Ct., No. 37-2015-

26   00019958-CU-BC-CTL.

27       10.   Attached hereto as **Exhibit 6** is a true and correct copy of the verdict

28   form in *Johnson v Hyundai Motor America,* Los Angeles County Sup. Ct., No.

1   BC616616.

2        I declare under penalty of perjury under the laws of the United States of

3   America that the foregoing is true and correct and that this declaration was executed

4   on this 16th day of June, 2022, at San Rafael, California.

5

6                                            /s/ Taylor F. Sullivan
                                             Taylor F. Sullivan
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DECLARATION OF TAYLOR F. SULLIVAN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S
OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA

# EXHIBIT 1

DEALER       71E 064                          VIN    1FT8W3DN8LEC62381

|  |  | Suggested Retail Price | Invoice Amount |
|---|---|---|---|
|  | F35Z 4X4 CREW CAB PU DRW/176 | 43305.00 | 41140.00 |
|  | 2020 MODEL YEAR |  |  |
| J7 | MAGNETIC |  |  |
| 1S | MEDIUM EARTH GRAY CLOTH |  |  |
|  | PREFERRED EQUIPMENT PKG.620A |  |  |
|  | .XL TRIM |  |  |
| 572 | .AIR CONDITIONING -- CFC FREE | NC | NC |
|  | .AM/FM STEREO MP3/CLK |  |  |
| 99N | 7.3L DECVT NA PFI V8 ENGINE | 1705.00 | 1551.00 |
| 44G | 10-SPEED AUTOMATIC | NC | NC |
| TD8 | .LT245/75R17E BSW ALL-SEASON |  |  |
| X3L | 3.73 RATIO LIMITED SLIP AXLE | NC | NC |
| 90L | POWER EQUIPMENT GROUP | 1125.00 | 1024.00 |
|  | JOB #1 ORDER |  |  |
|  | TRAILER TOWING PACKAGE |  |  |
| 17F | XL DECOR PACKAGE | NC | NC |
|  | 14000# GVWR PACKAGE |  |  |
| 425 | 50 STATE EMISSIONS | NC | NC |
| 43B | BACKGLASS DEFROST | 60.00 | 55.00 |
| 512 | SPARE TIRE AND WHEEL | NC | NC |
|  | TELESCPNG TT MIRR-POWR/HTD |  |  |
| 59H | CENTER HIGH MOUNT STOP LAMP | NC | NC |
|  | JACK |  |  |
| 66S | UPFITTER SWITCHES | 165.00 | 150.00 |
| 1 | CLOTH 40/20/40 SEAT | 315.00 | 286.00 |
| 924 | PRIVACY GLASS | 30.00 | 27.00 |
| 96V | XL VALUE PACKAGE | 395.00 | 360.00 |
|  | .CRUISE CONTROL |  |  |
|  | TOTAL OPTIONS/OTHER | 3795.00 | 3453.00 |
|  | TOTAL VEHICLE & OPTIONS/OTHER | 47100.00 | 44593.00 |
|  | DESTINATION & DELIVERY | 1595.00 | 1595.00 |
|  | TOTAL FOR VEHICLE | 48695.00 |  |
|  | FUEL CHARGE |  | 123.36 |
|  | MDA ASSESSMENT |  | 15.00 |
|  | SHIPPING WEIGHT   7093 LBS. |  |  |
|  | TOTAL | 48695.00 | 46326.36 |

# Exhibit 2

AWS Claim List Report

Server: **AWS Prod**

Claims loaded through: **7-APR-2022**

# STANDARD CLAIMS LIST

## AWS Online Report

*Run Date: April 8, 2022*

*Note: All Costs are in US Dollars*

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VERT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 1 | 5K07 | FR3Z | 1A189 | A | | FC | V17 | A40 | 42 |

| | | | | | |
|---|---|---|---|---|---|
| **AWS Claim Key:** 473848 | **Doc #:** 097231C | **FCC Auth:** 1 | **Trx Code:** 1 | **Labor Hrs:** .7 | **Labor Cost:** 77.43 | **Material Cost:** 64.39 | **Total Cost:** 141.82 |
| **Dlr Cd-Sub Cd:** 06795 - * | **Name:** FORD OF WEST COVINA | **Ph:** 626-7093558 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 23-MAR-2020 | **RL Cmplt Date:** 31-MAR-2020 | **DIST(Mile):** 530 |

**Cust Comments:** CUSTOMER STATES TIRE PRESSURE LIGHT IS ON PLEASECHECK AND ADVISE

**Tech Comments:** CUST STATES TIRE LIGHT ON VERFIED CONCERN SET ALL TIRES TO FACTORY SPECS RESET TPMS SYSTEM AND SENSORS FOUND PASSENGER FRONT TIRE SENSOR READING 5 POUNDS OF RENOVED AND REPLACED RETRAINED TPMS SYSTEM EVERYTHING OK AT THIS TIME

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VERT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 15 | 5S11 | LC3Z | 9B325 | A | | F4 | V25 | E33 | 42 |

| **AWS Claim Key:** 4487839 | **Doc #:** 206493B | **FCC Auth:** 1 | **Trx Code:** S07 | **Labor Hrs:** .7 | **Labor Cost:** 77.42 | **Material Cost:** 43.12 | **Total Cost:** 120.54 |
|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** 00441 - * | **Name:** PERFORMANCE FORD | **Ph:** 626-7093558 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 03-JUN-2021 | **RL Cmplt Date:** 09-JUN-2021 | **DIST(Mile):** 26831 |

**Cust Comments:** CUSTOMER STATES CHECK ENGINE LIGHT IS ON. C/S VEHICLE SEEMS TO HESITATE TO ACCELERATE UPHILLS. PLEASE CHECK AND ADVISE

**Tech Comments:** Performed Gasoline Engine Diagnostics KOEO Check Test P0496 Followin Pinpoint Test HX found EVAP Valve inoperatve. Replaced EVAP valve Retest ok.

| VIN | AWS VL | WERS VL | MKT DER | BODY CAB | VER SERIES | DRIVE TYPE | PLANT CD | TRANS CD | ENG COD | PROD DATE | WARR DATE | SELLING DEALER | SELL CNT | TIS | WCC | PREF | BASE | SUFF | VERT | FUNCTION | VFG | CCC | CD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | V99 | A99 | 82 |

| **AWS Claim Key:** 4802898 | **Doc #:** 206732E | **FCC Auth:** B | **Trx Code:** P11 | **Labor Hrs:** 0 | **Labor Cost:** 0 | **Material Cost:** 0 | **Total Cost:** 12.63 |
|---|---|---|---|---|---|---|---|

AWS Claim List Report

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 18-JUN-2021 | RL Cmplt Date: 07-JUL-2021 | DIST(Mile): 27216 |

Cust Comments: RENTAL CAR GCCT CASE 32384750-J0L4R0

Tech Comments: MSPA882181

---

| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | F9 | V99 | A99 | 82 |

| AWS Claim Key: | 4802934 | Doc #: 206732D | FCC Auth: B | Trx Code: P11 | Labor Hrs: 0 | Labor Cost: 0 | Material Cost: 0 | Total Cost: 350 |

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 18-JUN-2021 | RL Cmplt Date: 07-JUL-2021 | DIST(Mile): 27216 |

Cust Comments: RENTAL CAR GCCT CASE 32384505-X4L5W6

Tech Comments: 10 DAYS AT 35 PER DAY MSPA882094

---

| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 5S11 | LC3Z | 9D683 | B | F4 | V25 | E33 | 42 |

| AWS Claim Key: | 4802999 | Doc #: 206732A | FCC Auth: 1 | Trx Code: S07 | Labor Hrs: 0 | Labor Cost: 0 | Material Cost: 0 | Total Cost: 0 |

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 18-JUN-2021 | RL Cmplt Date: 18-JUN-2021 | DIST(Mile): 27216 |

Cust Comments: CHECK ENGINE LIGHT IS ON AGAIN, CHECK AND ADVISE SEE RO 206493

Tech Comments: PERFORMED GASOLINE ENGINE DIAGNOSTICS KOEO CHECK TEST P0451 EVA SYSTEM PRESSURE SENSOR. 1.90 PERFORMED DIAGNOSTICS FOLLOWING PINPOINT TEST HX TO HX 24 FOUND INOPERATIVE FUEL TANK PRESSURE SENSOR . CLEARED CODES, ROAD TEST OK.

---

| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | F9 | V99 | A99 | 82 |

| AWS Claim Key: | 4803161 | Doc #: 206732C | FCC Auth: B | Trx Code: P11 | Labor Hrs: 0 | Labor Cost: 0 | Material Cost: 0 | Total Cost: 350 |

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 18-JUN-2021 | RL Cmplt Date: 07-JUL-2021 | DIST(Mile): 27216 |

Cust Comments: RENTAL VEHICLE GCCT CASE #32212474-W5R8K1

Tech Comments: 10 DAYS AT 35 PER DAY MSPA881992

AWS Claim List Report

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | T/CD | T/E | A1 | | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | | V99 | A99 | 82 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 5787078 | | **Doc #:** 207128H | | **FCC Auth:** B | | **Trx Code:** P11 | | **Labor Hrs:** 0 | | **Labor Cost:** 0 | | **Material Cost:** 0 | **Total Cost:** 450 |
| **Dlr Cd-Sub Cd:** | 00441 - * | | **Name:** PERFORMANCE FORD | | **Ph:** 626-7093558 | **St:** CA | **Ctry Cd:** USA | | **Reg Cd:** NA | | **Repr Date:** 12-JUL-2021 | | **RL Cmplt Date:** 29-SEP-2021 | **DIST(Mile):** 27646 |

**Cust Comments:** RENTAL CAR... RENTAL CAR.... ENTERPRISE TRUCK RENTAL. GLENDORA 626-857-0988 STARTING 7-30-21... CAS-32923132-V8Z5T8` 10 DAYS AT 45 PER DAY... AUTH# MSPA352027

**Tech Comments:** ENTERPRISE TRUCK RENTAL 10 DAYS AT 45 PER DAY FOR 450 AUTH# MSPA352027

---

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | T/CD | T/E | A1 | | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | | V99 | A99 | 82 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 5787081 | | **Doc #:** 207128M | | **FCC Auth:** B | | **Trx Code:** P11 | | **Labor Hrs:** 0 | | **Labor Cost:** 0 | | **Material Cost:** 0 | **Total Cost:** 267.6 |
| **Dlr Cd-Sub Cd:** | 00441 - * | | **Name:** PERFORMANCE FORD | | **Ph:** 626-7093558 | **St:** CA | **Ctry Cd:** USA | | **Reg Cd:** NA | | **Repr Date:** 12-JUL-2021 | | **RL Cmplt Date:** 29-SEP-2021 | **DIST(Mile):** 27646 |

**Cust Comments:** RENTAL CAR... ENTERPRISE RENTAL VEHICLE... 10 DAYS AT 45 PER DAY... AUTH#AUTH# MSPA354908

**Tech Comments:** ENTERPRISE RENTAL VEHICLE. 10 DAYS AT 45 PER DAY FOR 267.60 AUTH# MSPA354908

---

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | T/CD | T/E | A1 | | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | | V99 | A99 | 82 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 5787097 | | **Doc #:** 207128L | | **FCC Auth:** B | | **Trx Code:** P11 | | **Labor Hrs:** 0 | | **Labor Cost:** 0 | | **Material Cost:** 0 | **Total Cost:** 450 |
| **Dlr Cd-Sub Cd:** | 00441 - * | | **Name:** PERFORMANCE FORD | | **Ph:** 626-7093558 | **St:** CA | **Ctry Cd:** USA | | **Reg Cd:** NA | | **Repr Date:** 12-JUL-2021 | | **RL Cmplt Date:** 29-SEP-2021 | **DIST(Mile):** 27646 |

**Cust Comments:** RENTAL CAR... RENTAL CAR... RENTAL CAR.... ENTERPRISE TRUCK RENTAL. GLENDORA 626-857-0988 STARTING 7-30-21.... AUTH#MSPA354737

**Tech Comments:** ENTERPRISE RENTAL VEHICLE. 10 DAYS AT 45 PER DAY FOR 450 AUTH#MSPA354737

---

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | T/CD | T/E | A1 | | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | | V99 | A99 | 82 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **AWS Claim Key:** | 5787177 | | **Doc #:** 207128I | | **FCC Auth:** B | | **Trx Code:** P11 | | **Labor Hrs:** 0 | | **Labor Cost:** 0 | | **Material Cost:** 0 | **Total Cost:** 765 |

AWS Claim List Report

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 12-JUL-2021 | RL Cmplt Date: 29-SEP-2021 | DIST(Mile): | 27646 |

**Cust Comments:** RENTAL CAR... RENTAL CAR.... ENTERPRISE TRUCK RENTAL. GLENDORA 626-857-0988 STARTING 7-30-21.... CAS-32923176-Y4D6X0... 17 DAYS AT 45 PER DAY... AUTH# MSPA352124

**Tech Comments:** ENTERPRISE TRUCK RENTAL. 17 DAYS AT 45 PER DAY FOR 765 AUTH# MSPA352124

---

| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | | V99 | A99 | 82 |

| AWS Claim Key: | 5787220 | | Doc #: 207128J | | FCC Auth: B | | Trx Code: P11 | | Labor Hrs: 0 | | Labor Cost: 0 | | Material Cost: 0 | | Total Cost: 765 |

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 12-JUL-2021 | RL Cmplt Date: 29-SEP-2021 | DIST(Mile): | 27646 |

**Cust Comments:** RENTAL CAR....RENTAL CAR... RENTAL CAR.... ENTERPRISE TRUCK RENTAL. GLENDORA 626-857-0988 STARTING 7-30-21... CAS-32923416-L8S3J8... 17 DAYS AT 45 PER DAY... AUTH# MSPA352201

**Tech Comments:** ENTERPRISE TRUCK RENTAL... 17 DAYS AT 45 PER DAY FOR AUTH# MSPA352201

---

| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 5S11 | LC3Z | 9D683 | B | | F4 | | V25 | E33 | 42 |

| AWS Claim Key: | 5787222 | | Doc #: 207128B | | FCC Auth: 1 | | Trx Code: S07 | | Labor Hrs: 0 | | Labor Cost: 0 | | Material Cost: 0 | | Total Cost: 0 |

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 12-JUL-2021 | RL Cmplt Date: 26-AUG-2021 | DIST(Mile): | 27646 |

**Cust Comments:** CUSTOMER STATES CHECK ENGINE LIGHT IS ON. VEHICLE PREVIOUSLY IN ON RO 206732 TECH 50019 FOR SIMILAR CONCERN. PLEASE CHECK AND ADVISE

**Tech Comments:** PERFORMED GASOLINE ENGINE DIAGNOSTICS KOEO CHECK TEST P0451 EVAP SYSTEM PRESSURE SENSOR. 1.90 PERFORMED DIAGNOSTICS PINPOINT TEST HX TO HX 24. FOUND INNOPERATIVE FUEL TANK PRESSURE SENSOR. CLEARED CODES, ROADTEST ALL OK AT THIS TIME.

---

| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | RENTAL | * | | F9 | | V99 | A99 | 82 |

| AWS Claim Key: | 5787223 | | Doc #: 207128C | | FCC Auth: B | | Trx Code: P11 | | Labor Hrs: 0 | | Labor Cost: 0 | | Material Cost: 0 | | Total Cost: 350 |

| Dlr Cd-Sub Cd: | 00441 - * | Name: PERFORMANCE FORD | | Ph: 626-7093558 | St: CA | Ctry Cd: USA | Reg Cd: NA | Repr Date: 12-JUL-2021 | RL Cmplt Date: 29-SEP-2021 | DIST(Mile): | 27646 |

**Cust Comments:** HERTZ RENTAL VEHICLE.... CAS-32602148-Q0X0W0.....10 DAYS AT 35 PER DAY... AUTH# MSPA676277

**Tech Comments:** HERTZ RENTAL VEHICLE. 10 DAYS AT 35 PER DAY. FOR $350 AUTH# MSPA676277

---

AWS Claim List Report

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | | T/CD | T/E | A1 | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | | RENTAL | * | | F9 | | V99 | A99 | 82 |

| **AWS Claim Key:** | 5787293 | **Doc #:** 207128G | **FCC Auth:** B | **Trx Code:** P11 | **Labor Hrs:** 0 | **Labor Cost:** 0 | **Material Cost:** 0 | **Total Cost:** 375.95 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 00441 - * | **Name:** PERFORMANCE FORD | **Ph:** 626-7093558 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 12-JUL-2021 | **RL Cmplt Date:** 29-SEP-2021 | **DIST(Mile):** 27646 |

**Cust Comments:**   RENTAL CAR... HERTZ RENTAL VEHICLE... CAS-32923012-W9Z3G5...17 DAYS AT 35 PER DAY... AUTH#MSPA677102

**Tech Comments:**   HERTZ RENTAL VEHICLE. 17 DAYS AT 35 PER DAY FOR $375.95 AUTH#MSPA677102

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | | T/CD | T/E | A1 | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | | RENTAL | * | | F9 | | V99 | A99 | 82 |

| **AWS Claim Key:** | 5787304 | **Doc #:** 207128F | **FCC Auth:** B | **Trx Code:** P11 | **Labor Hrs:** 0 | **Labor Cost:** 0 | **Material Cost:** 0 | **Total Cost:** 350 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 00441 - * | **Name:** PERFORMANCE FORD | **Ph:** 626-7093558 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 12-JUL-2021 | **RL Cmplt Date:** 29-SEP-2021 | **DIST(Mile):** 27646 |

**Cust Comments:**   RENTAL CAR..... HERTZ RENTAL VEHICLE... CAS-32602429-L4S4C6... 10 DAYS AT 35 PER DAY....AUTH# MSPA676410

**Tech Comments:**   HERTZ RENTAL VEHICLE. 10 DAYS AT 35 PER DAY FOR $350 AUTH# MSPA676410

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | | T/CD | T/E | A1 | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 16 | 6Y20 | * | | RENTAL | * | | F9 | | V99 | A99 | 82 |

| **AWS Claim Key:** | 5787315 | **Doc #:** 207128K | **FCC Auth:** B | **Trx Code:** P11 | **Labor Hrs:** 0 | **Labor Cost:** 0 | **Material Cost:** 0 | **Total Cost:** 765 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 00441 - * | **Name:** PERFORMANCE FORD | **Ph:** 626-7093558 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 12-JUL-2021 | **RL Cmplt Date:** 29-SEP-2021 | **DIST(Mile):** 27646 |

**Cust Comments:**   RENTAL CAR... RENTAL CAR... RENTAL CAR.... ENTERPRISE TRUCK RENTAL. GLENDORA 626-857-0988 STARTING 7-30-21... CAS-32923446-R7H8K1... 17 DAYS AT 45 PER DAY... AUTH# MSPA352286

**Tech Comments:**   ENTERPRISE TRUCK RENTAL 17 DAYS AT 45 PER DAY FOR $765 AUTH# MSPA352286

| 1FT8W3DN8LEC62381 | F7 | | T/FE | F | | T/BC | | T/CD | T/E | A1 | T/GG | | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 18 | * | * | | * | | * | | F9 | | * | * |

| **AWS Claim Key:** | 5544159 | **Doc #:** 208001C | **FCC Auth:** O | **Trx Code:** 20C19 | **Labor Hrs:** .4 | **Labor Cost:** 56 | **Material Cost:** 93 | **Total Cost:** 149 |
|---|---|---|---|---|---|---|---|---|
| **Dlr Cd-Sub Cd:** | 00441 - * | **Name:** PERFORMANCE FORD | **Ph:** 626-7093558 **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 24-AUG-2021 | **RL Cmplt Date:** 22-SEP-2021 | **DIST(Mile):** 27670 |

**Cust Comments:**   PERFORM FSA 20C19 FOR REAR VIEW CAMERA IMPROPER FUNCTION. CHECK AND ADVISE

**Tech Comments:**   replaced camera and program as needed, retest ok

---

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1FT8W3DN8LEC62381 | F7 | T/FE | F | T/BC | T/CD | T/E | A1 | T/GG | T/J0 | 13-JAN-2020 | 22-MAR-2020 | 171064 | USA | 18 | 2E06 | LC3Z | 9H307 | K |

| | | | |
|---|---|---|---|
| | F4 | V25 | E33 | 42 |

| | | | | | |
|---|---|---|---|---|---|
| **AWS Claim Key:** | 5546900 | **Doc #:** 208001B | **FCC Auth:** 1 | **Trx Code:** S07 | **Labor Hrs:** 2.2 | **Labor Cost:** 308 | **Material Cost:** 275.87 | **Total Cost:** 583.87 |
| **Dlr Cd-Sub Cd:** | 00441 - * | **Name:** PERFORMANCE FORD | **Ph:** 626-7093558 | **St:** CA | **Ctry Cd:** USA | **Reg Cd:** NA | **Repr Date:** 24-AUG-2021 | **RL Cmplt Date:** 16-SEP-2021 | **DIST(Mile):** 27670 |

**Cust Comments:**   CUSTOMER STATES CHECK ENGINE LIGHT IS ON. PLEASE CHECK AND ADVISE

**Tech Comments:**   Performed gasoline engine Diagnostics Run KOEO Check test P0451- EVAP- system leak test failed- Following pinpoint test HX to-HX20-Found fuel tank pressure sensor inoperate. performed diagnosis and found fuel pump losing power intermittently. tested fuel pump for short to ground and none found. tested fuel pump connecter for continuity, found power to fuel pump good. found fuel pump loosing power internally. Removed fuel tank and replaced Fuel Pump assembly. roadtest vehicle after repairs. all operations normal at this time.

---

# Exhibit 3

JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jerry Zomorodian, | CASE NUMBER |
| PLAINTIFF, | CV 17-5061-DMG (PLAx) |
| v. | |
| BMW of North America, LLC, et al., | **JUDGMENT ON THE VERDICT** |
| DEFENDANTS. | **FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Jerry Zomorodian recover of the defendant BMW of North America, LLC the sum of $176,976.60, with interest thereon at the legal rate as provided by the law.

Clerk, U. S. District Court

Dated: <u>December 18, 2018</u>        By <u>  Kane Tien                              </u>
                                                         Deputy Clerk

# Exhibit 4

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

**05/01/2017** at 10:16:00 AM

Clerk of the Superior Court
By Jenitta Vrissimo, Deputy Clerk

1
2
3
4
5
6
7

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

8
9
10
11

JOHN ASPINALL,

                    Plaintiff,

          vs.

KIA MOTORS AMERICA, INC., a California
corporation, and DOES 1 through 10, inclusive,

                    Defendants.

Case No.: 37-2015-00002577-CU-BC-CTL

*Assigned to the Hon. Eddie C. Sturgeon*
Department 67

[PROPOSED]
**JUDGMENT ON JURY VERDICT**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     This action came for Trial on February 27, 2016, in Department 67 of the Superior Court
of California, County of San Diego, Central Division Hall of Justice, located at 220 West
Broadway San Diego, CA 92101, the Honorable Eddie C. Sturgeon presiding.

     A jury of twelve (12) persons was regularly impaneled and sworn. Witnesses were sworn
and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed
by the Court and the cause was submitted to the jury with directions to return a verdict. The jury
deliberated and thereafter returned to the court its verdict, as follows, to wit:

**JUDGMENT ON JURY VERDICT**

1   We answer the questions submitted to us as follows:

2

3   **1.**   **Did John Aspinall buy a 2012 KIA Forte distributed by KIA Motors America, Inc.?**

4

5       _X_ Yes        _____ No

6

7   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here,

8   answer no further questions, and have the presiding juror sign and date this form.

9

10  **2.**   **Did KIA Motors America, Inc. give John Aspinall a written warranty?**

11

12       _X_ Yes        _____ No

13

14  If your answer to question 2 is yes, then answer question 3. If you answered no, stop here,

15  answer no further questions, and have the presiding juror sign and date this form.

16

17  **3.**   **Did the 2012 KIA Forte have a defect covered by the warranty that substantially**

18        **impaired the vehicle's use, value, or safety to a reasonable buyer in John Aspinall's**

19        **situation?**

20

21       _X_ Yes        _____ No

22

23  If your answer to question 3 is yes, then answer question 4. If you answered no, stop here,

24  answer no further questions, and have the presiding juror sign and date this form.

25

26

27

28

2

**JUDGMENT ON JURY VERDICT**

4.   Did KIA Motors America, Inc. or its authorized repair facility fail to repair the 2012 KIA Forte to match the written warranty after a reasonable number of opportunities to do so?

    ___X___ Yes          _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.   Did KIA Motors America, Inc. fail to promptly replace or repurchase the 2012 KIA Forte?

    ___X___ Yes          _____ No

 If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6.   What are John Aspinall's damages? Calculate as follows:

    Add the following amounts:

    a.   The amount paid to date for the 2012 KIA Forte, including finance charges, sales tax, use tax, license fees, registration fees, and other official fees:

                              $_____25,687.78_____

    b.   Incidental and consequential damages:

                              $_____· 1,342.00_____

3

**JUDGMENT ON JURY VERDICT**

c.      Add the amount in (a) to the amount in (b):

                              **SUBTOTAL**: $_____27,029.78_____

Answer question 7.

7.    **Calculate the value of the use of the vehicle before it was brought in for repair as**

      **follows:**

a.    Cash Price of Vehicle            $_____25,687.78_____

b.      What is the number of miles that the vehicle was driven between the time when

Plaintiff took possession of the vehicle and the time when the vehicle was delivered to

KIA or its authorized repair facility to fix the problem?

                              Answer:       _____10,991_____ miles

c.      Divide the number of miles in step 7(b) by 120,000 and multiply that result by the

cash price of the vehicle in step 7(a).  Insert result in VALUE OF USE below:

                              **VALUE OF USE**:   $_____2,353.00_____

Subtract the VALUE OF USE (Question 7(c)) from the SUBTOTAL (Question 6(c)) and

insert result in TOTAL DAMAGES below:

                              **TOTAL DAMAGES**: $_____24,676.78_____

Answer question 8.

4

**JUDGMENT ON JURY VERDICT**

8.    Did KIA Motors America, Inc. willfully fail to repurchase or replace the 2012 KIA Forte?

    __X__   Yes    _____   No

If your answer to question 8 is yes, then answer question 9. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

9.    What amount, if any, do you impose as a penalty?  You may not exceed two times the "TOTAL DAMAGES" that you entered in question 7.

                                   PENALTY:  $ _____49,353.56_____

Signed: _____/s/_____

          Presiding Juror

Dated: _____March 8, 2017_____

After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

5

**JUDGMENT ON JURY VERDICT**

1    NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

2        1.    Plaintiff John Aspinall shall recover from Defendant, Kia Motors America, Inc.

3    the amount of $74,030.34 with interest thereon at the rate of ten percent per annum from the date

4    of entry of this judgment until paid.

5        2.    Plaintiffs shall recover costs and expenses in the amount of $_____.

6        3.    Plaintiffs shall recover attorneys' fees in the amount of $_____.

7        4.    Plaintiff shall recover prejudgment interest in the amount of: $_____

8        This Court shall decide all issues involving fees, costs and expenses, post-verdict and to

9    fill in the blanks, or order an amended judgment be prepared.

10

11

12   Dated: _____5/1/17_____                    _____

                                                       Superior Court Judge
13                                                   Judge Eddie C Sturgeon

14

15   Prepared by:
     LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC
16   Michael H. Rosenstein (SBN 169091)
     Brian T. Shippen-Murray (SBN 288188)
17   1801 Century Park East, Suite 2300
     Los Angeles, California 90067
18   Telephone: (310) 286-0275
     Facsimile: (310) 286-0274
19
      Attorneys for Plaintiff,
20   JOHN ASPINALL

21

22

23

24

25

26

27

28

                                          6

                          **JUDGMENT ON JURY VERDICT**

# EXHIBIT 5

F I L E D
Clerk of the Superior Court

SEP 26 2017

By: R. SMITH, Deputy

1
2
3
4
5
6
7
8          SUPERIOR COURT OF CALIFORNIA
9             COUNTY OF SAN DIEGO
10
11
12  JULIE HARRIS,                     Case No.: 37-2015-00019958-CU-BC-CTL
                                      Unlimited Jurisdiction
13
              Plaintiff,              Assigned for All Purposes to the Honorable
14                                    Kevin A. Enright
        vs.
15
16  HYUNDAI MOTOR AMERICA, a          AMENDED JUDGMENT ON
    California Corporation, and DOES 1 JURY VERDICT
17  through 10, inclusive,
                                      Trial Date: March 21, 2017
18                                    Time: 9:30 AM
19            Defendant.             Dept: C-74
20
21
22
23
24
25
26
27
28

[PROPOSED] AMENDED JUDGMENT ON JURY VERDICT

1        This action came for Trial on March 21, 2017 in Department C-74 of the Superior Court

2   of California, County of San Diego, Central Courthouse located at 330 West Broadway, San

3   Diego, California 92101, the Honorable Kevin A. Enright presiding.  Plaintiff was represented at

4   trial by Bryan Altman, Esq. and Lauren Ungs, Esq.  Defendant was represented by Brian

5   Takahashi, Esq.

6        A jury of twelve (12) persons was regularly impaneled and sworn.  Witnesses were sworn

7   and testified.  After hearing the evidence and arguments of counsel, the jury was duly instructed

8   by the Court and the cause was submitted to the jury with directions to return a verdict.  The jury

9   deliberated and thereafter returned to the Court its verdict, as follows, to wit:

10       We answer the questions submitted to us as follows:

11

12  1. Did Julie Harris purchase a motor vehicle distributed by Hyundai Motor America?

13

14                                           __X__ Yes _____ No

15  *If your answer to question 1 is yes, then answer question 2. If you answered no,*

16  *stop here, answer no further questions, and have the presiding juror sign and date*

17  *this form.*

18

19  2. Did Hyundai Motor America give Ms. Harris a written warranty?

20

21                                           __X__ Yes _____ No

22

23  *If your answer to question 2 is yes, then answer question 3. If you answered no,*

24  *stop here, answer no further questions, and have the presiding juror sign and date*

25  *this form.*

26  3. Did the vehicle have a defect or defects covered by the warranty that substantially impaired

27  the vehicle's use, value, or safety to a reasonable buyer in Ms. Harris' situation?

28

-2-

**[PROPOSED] AMENDED JUDGMENT ON JURY VERDICT**

                                                    X   Yes _____ No

*If your answer to question 3 is yes, then answer question 4. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.*

4. Did Hyundai Motor America or its authorized repair facility fail to repair the vehicle to match
the written warranty after a reasonable number of opportunities to do so?

                                                    X   Yes _____ No

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop
here, answer no further questions, and have the presiding juror sign and date this form.*

5. Did Hyundai Motor America fail to promptly replace or repurchase the vehicle?

                                                    X   Yes _____ No

*If your answer to question 5 is yes, then answer question 6. If you answered no,
stop here, answer no further questions, and have the presiding juror sign and date
this form.*

6. What are Plaintiff's damages? Calculate as follows: Add the following amounts:

   a. The amount paid for the vehicle to date:              $ 28,591.80

   b. The amount owed to pay off the loan for the vehicle:  $ 4,506.00

   c. Amy other incidental and consequential damages:       $ 4,222.27

                                            SUBTOTAL:

                                                            $ 37,320.07

-3-

**[PROPOSED] AMENDED JUDGMENT ON JURY VERDICT**

1      *Answer question 7.*

2

3      7. Calculate the value of the use of the vehicle before it was brought in for repair as follows:

4

5          a. The cash price of the vehicle:                                    $ 37,320.07

6          b. What is the number of miles that the vehicle was driven between the time when Ms.

7             Harris took possession of the vehicle and the time when she first delivered the vehicle

8             to Hyundai Motor America or its authorized repair facility to fix the problem?

9

10                                                                                0

11

12         c. Multiply the results in Step (a) by the number of miles the vehicle was driven

13            before it was brought in for repair in Step (b):

14                                                                          $    N/A

15

16         d. Divide the dollar amount in Sept (c) by 120,000 and insert result in VALUE
           OF USE below:

17
                               VALUE OF USE:                               $    N/A
18

19         e. Subtract the VALUE OF USE from the SUBTOTAL above and insert results in

20            TOTAL DAMAGES below:

21                             TOTAL DAMAGES:                               $37,320.07

22

23         *Answer question 8.*

24

25      8. Did Hyundai Motor America willfully fail to repurchase or replace the 2012 Hyundai Santa

26      Fe?

27                                                             X   Yes _____ No

28

                                        -4-
       [PROPOSED] AMENDED JUDGMENT ON JURY VERDICT

1    *If your answer to question 8 is yes, then answer question 9. If you answered no,*
     *stop here, answer no further questions, and have the presiding juror sign and date*
2    *this form.*

3

4    9.  What amount, if any, do you impose as a penalty? (You may not exceed two
     times the actual damages in 7 (e).
5
     Answer: $ 74,640.14
6

7
     *Stop, date and sign the verdict form.*
8

9
     Signed: /s/Corey Coble
10
         Presiding Juror
11

12

13
     Dated:  April 4, 2017
14

15
         *After this verdict form has been signed, deliver this verdict form to the clerk.*
16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

**[PROPOSED] AMENDED JUDGMENT ON JURY VERDICT**

2   NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

3       1.  Plaintiff Julie Harris shall recover from Defendant, Hyundai Motor America, the

4           amount of $111,960.21, with interest thereon at the rate of ten percent per annum

5           from the date of entry of this judgment until paid;

6       2.  Plaintiff shall recover costs in the amount of: $ 31,853.65.

7       3.  The Court Denied prejudgment interest.

8       4.  Plaintiff shall recover attorneys' fees in the amount of $ 199,248.08.

9       This Court having decided all issues involving fees, prejudgment interest, and costs, post-

10  verdict, this amended judgment is ordered entered.

12

13  Dated:  9 - 26 - 17

14                                              _____
15                                              Honorable Kevin A. Enright
                                                San Diego Superior Court Judge
16

17

18  Prepared by:
19  **KNIGHT LAW GROUP, LLP**
    Steve Mikhov (SBN 224676)
20  1801 Century Park East, Suite 2300
    Los Angeles, CA 90067
21  Telephone: (310) 552-2250
    Fax: (310) 552-7973
22

23

24

25

26

27

28

                            -6-
              **[PROPOSED] AMENDED JUDGMENT ON JURY VERDICT**

# EXHIBIT 6



ORIGINAL

FILED
Superior Court of California
County of Los Angeles

JUL 1 0 2018

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
R. Mason

RECEIVED
JUN 07 2018
FILING WINDOW

RECEIVED
JUN 5 7 2018
FILING WINDOW

KNIGHT LAW GROUP, LLP
Lauren A. Ungs (SBN 273374)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973
Email: laurenu@knightlaw.com

THE ALTMAN LAW GROUP
Bryan Altman (SBN 122976)
6300 Wilshire Blvd. Suite 980
Los Angeles, CA 90048
Telephone: (323) 653-5581
Facsimile: (310) 653-5542
Email: bryan@altmanlawgroup.net

Attorneys for Plaintiff,
WANDA JEAN JOHNSON

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

WANDA JEAN JOHNSON,

     Plaintiff,

     vs.

HYUNDAI MOTOR AMERICA, a
California Corporation; and DOES 1
through 10 inclusive,

     Defendant.

Case No.: BC616616
*Unlimited Jurisdiction*

Judge:  Hon. Howard Halm
Dept.:  53'

[PROPOSED] JUDGMENT ON JURY
VERDICT

[PROPOSED] JUDGMENT ON JURY VERDICT

BY FAX

1   This action came for Trial on May 22, 2018 in Department 53 of the Superior Court of

2   California, County of Los Angeles, Central District Courthouse located at 111 North Hill Street,

3   Los Angeles, California 90012, the Honorable Howard Halm presiding.   Plaintiff was

4   represented at trial by Bryan Altman and Lauren A. Ungs.  Defendant was represented by Brian

5   Takahashi and Jimmy Park.

6       A jury of twelve (12) persons was regularly empaneled and sworn.   Witnesses were

7   sworn and testified.  After hearing the evidence and arguments of counsel, the jury was duly

8   instructed by the Court and the cause was submitted to the jury with directions to return a

9   verdict. The jury deliberated and thereafter returned to the Court its verdict, as follows, to wit:

10      We answer the questions submitted to us as follows:

11

12              **BREACH OF EXPRESS WARRANTY**

13   We answer the questions submitted to us as follows:

14   1.   Did Wanda Johnson buy a 2012 Hyundai Veracruz distributed by Hyundai Motor

15   America?

16      X   Yes _____ No

17   *If your answer to question 1 is yes, then answer question 2. If you answered no, stop here;*
18   *answer no further questions, and have the presiding juror sign and date this form.*

19   2.   Did Hyundai Motor America give Wanda Johnson a written warranty?

20      X   Yes _____ No

21   *If your answer to question 2 is yes, then answer question 3. If you answered no, stop here,*
22   *answer no further questions, and have the presiding juror sign and date this form.*

23   3.   Did the vehicle have a defect covered by the warranty that substantially impaired the
24   vehicle's use, value, or safety to a reasonable buyer in Wanda Johnson's situation?

25      X   Yes _____ No

26   *If your answer to question 3 is yes, then answer question 4. If you answered no, stop here,*
27   *answer no further questions, and have the presiding juror sign and date this form.*

28   4.   Did Hyundai Motor America or its authorized repair facility fail to repair the vehicle to
     match the written warranty after a reasonable number of opportunities to do so?

- 2 -
[PROPOSED] JUDGMENT ON JURY VERDICT

1      ___X___ Yes      _____No

2

3     *If your answer to question 4 is yes, then answer question 5. If you answered no, stop here,*
*answer no further questions, and have the presiding juror sign and date this form.*

4

5    5.     Did Hyundai Motor America fail to promptly replace or repurchase the vehicle?

6      ___X___ Yes      _____No

7     *If your answer to question 5 is yes, then answer question 6. If you answered no, stop here,*
*answer no further questions, and have the presiding juror sign and date this form.*

8

9    6.     What are Wanda Johnson's damages? Calculate as follows:

10    Add the following amounts:

11        a.  The purchase price of the vehicle, manufacturer installed options, finance charges,
12           sales tax, license fees, registration fees, and other official fees:

13                        $    40,860.83

14        b.  Incidental and Consequential Damages:

15                        $     0

16        c.  SUBTOTAL/TOTAL DAMAGES (add lines a and b):

17                        $    40,860.83

18    Calculate the value of the use of the vehicle before it was [brought in/submitted] for repair as
      follows:

19

20      1.  Line 1(A) of the sales contract:  $  33,688.90

21

22      2.  The number of miles the vehicle
           was driven before it was
23           brought in for repair:           7,827    miles

24      3.  Multiply the result in step 1 by
           the number of miles in step 2
25           and divide the result by 120,000
26           and insert result in VALUE OF
           USE below:

27                VALUE OF USE: $   2,171.93

28

- 3 -

**[PROPOSED] JUDGMENT ON JURY VERDICT**

Subtract the VALUE OF USE from the SUBTOTAL above and insert result in TOTAL DAMAGES below:

TOTAL DAMAGES: $ ___38,688.90___

*Answer question 7.*

7.    Did Hyundai Motor America willfully fail to repurchase or replace the 2012 Hyundai Veracruz?

___X___ Yes    _____ No

*If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

8. What amount, if any, do you impose as a penalty? (You may not exceed two times the "TOTAL DAMAGES" that you entered in question 6.)

PENALTY: $ ___77,377.80___

Signed: ___Christopher Hughes, Juror #10___
            Presiding Juror

Dated: ___5/31/18___

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

- 4 -

[PROPOSED] JUDGMENT ON JURY VERDICT

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

    1.    Plaintiff Wanda Jean Johnson shall recover from Defendant, Hyundai Motor America, the amount of $116,066.70 with interest thereon at the rate of ten percent per annum from the date of entry of this judgment until paid.

    2.    Plaintiff shall recover costs and expenses in the amount of $ 85,054.46 *al*

    3.    Plaintiff shall recover attorneys' fees in the amount of $ 187,065.94 *hl*

~~4.   Plaintiff shall recover prejudgment interest in the amount of $~~

This Court shall decide all issues involving fees, costs, expenses and prejudgment by post-verdict motion(s) and will fill in the blanks, or order an amended judgment be prepared.

Dated: **JUL 1 0 2018**

_____
Superior Court Judge

**JUDGE HOWARD L. HALM**

Prepared by:
**KNIGHT LAW GROUP, LLP**
Lauren A. Ungs (SBN 273374)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

Attorneys for Plaintiff
WANDA JEAN JOHNSON

- 5 -

[PROPOSED] JUDGMENT ON JURY VERDICT

# FEDERAL COURT PROOF OF SERVICE
## Clark v. Ford Motor Company
### Case No. 22STCV11319

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 16, 2022, I served the following document(s):

**DECLARATION OF TAYLOR F. SULLIVAN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Armando Lopez | Telephone: (310) 552-2250 |
| Knight Law Group, LLP | Fax: (310) 552-7973 |
| 10250 Constellation Blvd., Suite 2500 | Email: emailservice@knightlaw.com |
| Los Angeles, CA 90067 | armandol@knightlaw.com |
| **Attorney for Plaintiff** | |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 16, 2022, at San Francisco, California.

Charmaine Villavert

DECLARATION OF TAYLOR F. SULLIVAN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA