**KNIGHT LAW GROUP LLP**
Kamau Edwards (SBN 230826)
kamaue@knightlaw.com
Daniel Kalinowski (SBN 305087)
danielk@knightlaw.com
Phil A Thomas (SBN 248517)
philt@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
TONY CLARK and PAMELA ELY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TONY CLARK and PAMELA ELY,**<br><br>Plaintiffs,<br><br>v.<br><br>**FORD MOTOR COMPANY, a Delaware corporation; DOES 1 through 10, inclusive**<br><br>Defendants. | **Case No.: 2:22-cv-03069-SVW-GJS**<br><br>(Removed from Superior Court of California, County of Los Angeles, Case No. 22STCV11319)<br><br>**DECLARATION OF PHIL A THOMAS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA**<br><br>*Assigned for All Purposes to the Honorable* **Stephen V. Wilson**<br><br>**Date: July 11, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 10A**<br><br>**Action Filed: April 1, 2022** |

I, Phil A Thomas, declare as follows:

1. I am an attorney admitted to practice before the United States District Court for the Central District of California. I am an attorney at Knight Law Group, LLP, and counsel of record for Plaintiffs Tony Clark and Pamela Ely ("Plaintiffs") in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and could testify competently if called upon to do so.

3. In the matter of *Chavez v. Ford Motor Company,* No. 2:20-cv-08508-MCS-PVC (C.D. Cal. 2021), attorneys' fees, costs and expenses settled in the amount of $2,500. My office defended the plaintiff's deposition and conducted six depositions of Ford dealership personnel, and propounded and responded to written discovery interrogatories and requests. There was also an in-person inspection of the plaintiff's vehicle attended by the parties' attorneys and experts. Attached as **Exhibit A** is a true and correct copy of executed Rule 68 offer wherein my office agreed to accept fees, costs and expenses in the amount of just $2,500.

4. In the matter of *Arriaga v. FCA US, LLC,* No. PSC2004169, Riverside County (2021), attorneys' fees, costs and expenses settled in the amount of $7,500. Attached as **Exhibit B** is a true and correct copy of the stipulation for attorneys' fees, costs and expenses filed in this action.

5. In the matter of *Velasquez v. FCA US, LLC,* No. 2:21-cv-05092-JFW-AGR (C.D. Cal. 2021), attorneys' fees, costs and expenses settled in the amount of $8,250. Attached as **Exhibit C** is a true and correct copy of the stipulation for attorneys' fees, costs and expenses filed with the Court in this action.

6. In the matter of *Luna v. FCA US. LLC,* No. 2:21-cv-07140-AB (JPRx) (C.D. Cal. 2021), attorneys' fees, costs and expenses settled in the amount of $4,500. Attached as **Exhibit D** is a true and correct copy of the stipulation for attorneys' fees, costs and expenses filed with the Court in this action.

7. In the matter of *Garay v. Ford Motor Company,* No. 5:21-cv-01200-SB-SHK (C.D. Cal. 2021), attorneys' fees, costs and expenses settled in the amount of $2,500. My office defended the plaintiff's deposition, conducted four depositions of Ford dealership personnel, and propounded and responded to written discovery interrogatories and requests. Attached as **Exhibit E** is a true and correct copy of executed Rule 68 offer wherein my office agreed to accept fees, costs and expenses in the amount of just $2,500.

8. In the matter of *Valdez v. FCA US, LLC,* No. 2:21-cv-06318-FLA-JEM (C.D. Cal. 2021), attorneys' fees, costs and expenses settled in the amount of $5,500. The parties did not execute and submit a stipulation in this case, but should the Court wish to view email correspondence between the parties confirming this agreement, I would be more than happy to submit it to the Court.

9. In the matter of *Aguilar v. FCA US, LLC,* No. 2:21-cv-05813-AB (ASx) (C.D. Cal. 2021), attorneys' fees, costs and expenses settled in the amount of $6,500. Attached as **Exhibit F** is a true and correct copy of the stipulation for attorneys' fees, costs and expenses filed with the Court in this action.

10. In the matter of *Valle v. FCA,* No. 5:21-cv-01131-JWH-SHKx (C.D. Cal. 2022), attorneys' fees, costs and expenses settled in the amount of $9,500. Attached as **Exhibit G** is a true and correct copy of the stipulation for attorneys' fees, costs and expenses filed with the Court in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 27, 2022 in Oakland, California.

*/s/ Phil A Thomas*
Phil A Thomas